■ BRONCO GRCIC, by BORIS GRCIC, His Guardian ad Litem, et al., Respondents, v PENINSULA HOSPITAL CENTER, Defendant, and RAFAEL O. QUINONEZ et al., Appellants. ■

Notwithstanding the fact that plaintiffs' amended verified complaint is broadly drafted and fails to specify the nature of the allegedly improper treatment, it cannot be deemed insufficient as a matter of law (*Torres v Southside Hosp.*, 84 AD2d 836). There is no basis in law to hold a plaintiff in a medical malpractice action, who most often is less likely than the defendant to have knowledge of proper surgical procedures and medical treatment, to a greater burden than plaintiffs in other types of personal injury actions (*Cirelli v Victory Mem. Hosp.*, 45 AD2d 856). Inasmuch as the complaint sets forth sufficient data for appellants to ascertain what it is that plaintiffs are complaining about (*Weber v Wise*, 86 AD2d 891), the subject pleading satisfies the basic pleading requirement of CPLR 3013 (*see,* Siegel, NY Prac § 208). Thompson, J. P., Bracken, O'Connor and Weinstein, JJ., concur.